■ PAUL CALCAGNO RESTAURANT CORPORATION, Doing Business as HOMESTEAD RESTAURANT, Appellant, v CASH REGISTER SYSTEMS, INC., Respondent, et al., Defendant.—Appeal from an order of the Supreme Court (Cobb, J.), entered April 4, 1991 in Greene County, which granted a motion by defendant Cash Register Systems, Inc. for summary judgment dismissing the complaint against it.

Order affirmed, with costs, upon the opinion of Justice George L. Cobb.

Weiss, P. J., Levine, Mercure, Mahoney and Casey, JJ., concur. Ordered that the order is affirmed, with costs.